UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST,<br><br>            Plaintiff,<br><br>      v.<br><br>R. DAVIS, et al.,<br><br>            Defendants. | No. 2:16-cv-0111 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. However, all of plaintiff's documents are captioned for filing in the Santa Clara County Superior Court and the certificate of service states that the documents were mailed to the clerk of that court. ECF No. 1 at 1, 3; ECF No. 2 at 1, 4; ECF No. 3. Plaintiff clearly intended to file this case in the Santa Clara County Superior Court and the complaint and accompanying documents were filed in this court in error.[1] Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall return plaintiff's documents to him and close this case.

DATED: January 21, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] It appears that plaintiff has another case currently pending in this court, which may have led to the mailing error. See Christ v. Blackwell, 2:10-cv-0760 EFB.